AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>TREVOR BOYLE<br>_____<br>*Defendant* | )<br>)<br>) Case No. 14-704 -MEL<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 4/8/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jesus A. Hernandez Civic 226812
*Printed name and bar number of defendant's attorney*

241 FDR Ae SJ PR 00918
*Address of defendant's attorney*

jesus_hernandez@fd.org
*E-mail address of defendant's attorney*

(780) 281-4422
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*

[Stamp: RECEIVED & FILED CLERK'S OFFICE APR 08 2019 US DISTRICT COURT SAN JUAN, PR]