**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs. | CASE NO. 19-mj-704 (M) |
| Trevor Doyle (1) | |
| Defendant | |

## NOTICE TO MDC-GUAYNABO

## RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following:

Anxiety, depression and high blood pressure.

Defendant informed he/she is taking the following medications:

N/A.

In San Juan, Puerto Rico, this ___3th___ day of_____April, 2019_____.

s/Jesus J. Rodriguez
Relief Courtroom Deputy